# JUSTIN A. ZELLER, P.

JUSTIN A. ZELLER
JAZELLER@ZELLERLEGAL.COM

BRANDON D. SHERR
BSHERR@ZELLERLEGAL.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/2021

March 23, 2021

**VIA ECF**

Hon. Analisa Torres, United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 PEARL ST
NEW YORK, NY 10007-1316
Torres NYSDChambers@nysd.uscourts.gov

Re: *Hedges v. Heidi Klein, Inc.*, 21 CV 00838 (AT)

Dear Judge Torres,

    I am counsel to the plaintiff in the above-referenced matter. I write to request an adjournment of the initial conference scheduled for March 25, 2021 at 10:00 AM. The defendant has not appeared yet in this matter. The deadline for the defendant to respond to the complaint is April 2, 2021.

    I thank the Court for its time and consideration.

Respectfully submitted,

*Justin Zeller*

Justin A. Zeller

GRANTED. The initial pretrial conference scheduled for March 25, 2021, is ADJOURNED to **May 4, 2021**, at **10:20 a.m**. By **April 27, 2021**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: March 24, 2021
    New York, New York

ANALISA TORRES
United States District Judge