LAW OFFICE OF
# JUSTIN A. ZELLER, P

JUSTIN A. ZELLER
JAZELLER@ZELLERLEGAL.COM

JOHN M. GURRIERI
JMGURRIERI@ZELLERLEGAL.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/2021

May 5, 2021

**VIA ECF**

Hon. Analisa Torres, United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse

Re: *Hedges v. Heidi Klein, Inc.*, 21 CV 00838 (AT)

Dear Judge Torres:

    This firm represents the plaintiff in the above-referenced action. The plaintiff moves for an adjournment of today's deadline to submit a case management plan and an adjournment of the initial conference *sine die*. The defendants have not appeared, and the plaintiff has been unable to reach them. The plaintiff asks for 30 days to obtain a clerk's certificate of default. Between now and then, plaintiff will continue its efforts to reach the defendants.

    I thank the Court for its time and consideration.

Respectfully submitted,

*John M. Gurrieri*

John M. Gurrieri

GRANTED. The initial pretrial conference scheduled for May 10, 2021, is ADJOURNED *sine die*. By **June 7, 2021**, Plaintiff shall move for a default judgment in accordance with Attachment A to the Court's Individual Practices in Civil Cases.
SO ORDERED.

Dated: May 7, 2021
       New York, New York

ANALISA TORRES
United States District Judge

277 BROADWAY, SUITE 408, NEW YORK, N.Y. 10007 2036