UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
DONNA HEDGES, on behalf of herself
and all other persons similarly situated,

                        Plaintiff,

        -against-                                21 Civ. 838 (AT)

HEIDI KLEIN, INC.,                               ORDER

                        Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/28/2021_

ANALISA TORRES, District Judge:

On May 7, 2021, the Court ordered Plaintiff to move for a default judgment by June 7, 2021. ECF No. 13. Plaintiff failed to comply with that order.

Accordingly, by **July 7, 2021**, Plaintiff shall initiate default judgment proceedings pursuant to Attachment A of this Court's Individual Practices in Civil Cases or otherwise take steps to prosecute this action. Failure to do so shall result in dismissal pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. *See Baptiste v. Sommers*, 768 F.3d 212 (2d Cir. 2014).

SO ORDERED.

Dated: June 28, 2021
       New York, New York

ANALISA TORRES
United States District Judge